**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
Eastern District of North Carolina

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | Garage Builders of Raleigh, Inc. | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 4 6 – 3 5 3 1 5 3 1 | |
| **4. Debtor's address** | **Principal place of business** 809 Crosstie Street Number / Street Knightdale, NC 27545 City / State / ZIP Code Wake County | **Mailing address, if different from principal place of business** Number / Street City / State / ZIP Code **Location of principal assets, if different from principal place of business** Number / Street City / State / ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: | |

Debtor   __Garage Builders of Raleigh, Inc._____   Case number *(if known)*_____
       Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>  __2__ __3__ __6__ __1__ |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check **all** that apply:*<br>   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☐ A plan is being filed with this petition.<br>   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____  When _____  Case number _____<br>                                            MM / DD / YYYY<br>        District _____  When _____  Case number _____<br>                                            MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____  Relationship _____<br>        District _____  When _____<br>                                                                            MM / DD / YYYY<br>        Case number, if known _____ |

Debtor    Garage Builders of Raleigh, Inc.                                      Case number *(if known)* _____
      Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number    Street<br>    City                                State    ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.    Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49  ☐ 50-99  ☐ 1,000-5,000  ☐ 5,001-10,000  ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999  ☐ 10,001-25,000  ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000  ☐ $1,000,001-$10 million  ☐ $500,000,001-$1 billion<br>☑ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor     Garage Builders of Raleigh, Inc.                    Case number *(if known)* _____
       Name

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☑ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/22/2023
                 MM/ DD/ YYYY

X   /s/ Robert Clade                                              Robert Clade
Signature of authorized representative of debtor         Printed name

Title                President

**18. Signature of attorney**

X         /s/ William P. Janvier                   Date   08/22/2023
Signature of attorney for debtor                             MM/ DD/ YYYY

William P. Janvier
Printed name

Stevens Martin Vaughn & Tadych, PLLC
Firm name

2225 W Millbrook Road
Number     Street

Raleigh                                              NC          27612
City                                                 State       ZIP Code

(919) 582-2300                                       wjanvier@smvt.com
Contact phone                                        Email address

21136                                                NC
Bar number                                           State

Fill in this information to identify the case:

Debtor name __Garage Builders of Raleigh, Inc.__

United States Bankruptcy Court for the: __Eastern District of North Carolina__

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

### Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __08/22/2023__
      MM/ DD/ YYYY

X __/s/ Robert Clade__
Signature of individual signing on behalf of debtor

__Robert Clade__
Printed name

__President__
Position or relationship to debtor

Official Form B202        Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

Debtor name: Garage Builders of Raleigh, Inc.

United States Bankruptcy Court for the: Eastern District of North Carolina

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Brian & Jill Raleigh<br>6932 Darcy Lane<br>Raleigh, NC 27606 | | Client | Unliquidated | | | Unknown |
| 2 | Delphi Dispute Resolution, LLC<br>Attn: Managing Agent<br>PO Box 6442<br>High Point, NC 27262 | | Outstanding Arbitration Fee | | | | Unknown |
| 3 | Internal Revenue Service<br>Attn: Managing Agent<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | | | | | Unknown |
| 4 | Jeff & Jan Deckert<br>2013 Hamrick Dr.<br>Raleigh, NC 27615 | | Client | Unliquidated | | | Unknown |
| 5 | NC Dept. of Revenue<br>Attn: Managing Agent<br>PO Box 1168<br>Raleigh, NC 27602-1168 | | | | | | Unknown |
| 6 | Nelson Mullins<br>Attn: Managing Agent<br>PO Box 11070<br>Columbia, SC 29211 | | Outstanding Legal Fees | | | | $15,382.50 |
| 7 | Richard White<br>5700 Crutchfield Road<br>Raleigh, NC 27616 | | Shareholder - Buyout Demand | Disputed | | | $58,895.36 |
| 8 | Ronald Mbutha<br>3809 Doeskin Dr.<br>Apex, NC 27539 | | Client | Unliquidated | | | Unknown |

Debtor    Garage Builders of Raleigh, Inc.  
        Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Wake County Dept. of Revenue<br>Attn: Managing Agent<br>PO Box 2331<br>Raleigh, NC27602 | | | | | | Unknown |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION**

IN RE: **Garage Builders of Raleigh, Inc.**　　　　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ____08/22/2023_____　Signature _____/s/ Robert Clade_____
　　　　　　　　　　　　　　　　　　　　　　　Robert Clade, President

Brian & Jill Raleigh
6932 Darcy Lane
Raleigh, NC 27606


Delphi Dispute Resolution, LLC
Attn: Managing Agent
PO Box 6442
High Point, NC 27262

Internal Revenue Service
Attn: Managing Agent
PO Box 7346
Philadelphia, PA 19101-7346


Jeff & Jan Deckert
2013 Hamrick Dr.
Raleigh, NC 27615


NC Attorney General
Attn: Managing Agent
9001 Mail Service Center
Raleigh, NC 27699-9001


NC Dept. of Revenue
Attn: Managing Agent
PO Box 1168
Raleigh, NC 27602-1168


Nelson Mullins
Attn: Managing Agent
PO Box 11070
Columbia, SC 29211


Richard White
5700 Crutchfield Road
Raleigh, NC 27616

Ronald Mbutha
3809 Doeskin Dr.
Apex, NC 27539

US Attorney General - US DOJ
Attn: Managing Agent
950 Pennsylvania Ave., NW
Washington, DC 20530

US Attorney's Office (ED)
Attn: Managing Agent
150 Fayetteville St. Ste. 2100
Raleigh, NC 27601

Wake County Dept. of Revenue
Attn: Managing Agent
P.O. Box 2331
Raleigh, NC 27602

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re   **Garage Builders of Raleigh, Inc.**                                    Case No.

                                                 Debtor(s)                     Chapter    **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Garage Builders of Raleigh, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

**08/22/2023**                                         **/s/ William P. Janvier**
Date                                                   **William P. Janvier**
                                                       Signature of Attorney or Litigant
                                                       Counsel for   **Garage Builders of Raleigh, Inc.**
                                                       **Bar Number: 21136**
                                                       **Stevens Martin Vaughn & Tadych, PLLC**
                                                       **2225 W Millbrook Road**
                                                       **Raleigh, NC 27612**
                                                       **Phone: (919) 582-2300**
                                                       **Email: wjanvier@smvt.com**

1

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

**In re: Debtor(s)**
Garage Builders of Raleigh, Inc.

Case No.
Chapter 11

Debtor(s)

# DEBTOR'S ELECTRONIC NOTICING REQUEST (DEBN)

**CHECK ONLY ONE BOX FOR THE APPLICABLE SECTION BELOW:**

☑ **Initial Request:** (Check this box to begin receiving notices and orders from the U.S. Bankruptcy Court via email.)

Pursuant to Bankruptcy Rule 9036, I hereby request receipt of court notices and orders via email, instead of U.S. mail, from the Bankruptcy Noticing Center (BNC) through the U.S. Bankruptcy Court's Debtor Electronic Bankruptcy Noticing (DeBN) program.

I understand that this request is limited to receipt of only notices and orders filed by the U.S. Bankruptcy Court. I will continue to receive documents filed by all other parties, such as the trustee and creditors, via U.S. mail or in person pursuant to court rules.

I understand that I will receive electronic notice of any documents entered by the court in any current or future bankruptcy or adversary case from any bankruptcy court district in which I am listed with the same name and address, including cases where I am listed as a creditor.

I understand that the first time the BNC receives an email bounce-back (undeliverable email), my DeBN account will be automatically disabled. I will then receive notices and orders via U.S. mail, and I must file an updated request form if I wish to reactivate my account.

I understand that enrollment in DeBN is completely voluntary, and I may file a request to deactivate my account at any time.

❏ **Decline Request:** (Check this box to decline receiving notices and orders from the U.S. Bankruptcy Court via email.)

❏ **Update to Account Information:** (Check this box to make changes to your existing DeBN account.)

I request the following updates(s) to my DeBN account:

❏ I have a new email address as indicated below.

❏ I filed a new bankruptcy case, and I have an existing DeBN account. Please review my account to ensure my name and address in my account match this new case.

❏ I request reactivation of my DeBN account so that I may receive court notices and orderes via email, instead of U.S mail.

❏ **Request To Deactivate Electronic Noticing:** (Check this box to request deactivation of your DeBN account.)

I request deactivation of my DeBN account. I understand that by deactivating my account, I will begin receiving notices and orders entered by the U.S. Bankruptcy Court via U.S. mail, instead of email.

I understand that I will continue to reveive electronic notices until such time as the Court has deactivated my account.

I am a debtor in this bankruptcy case, or the debtor's authorized representative if the debtor is a business, and I have read the applicable section check-marked above and understand and agree to the terms and conditions set forth therein. Neither the U.S. Bankruptcy Court nor the BNC bears any liability for errors resulting from the information I have submitted on this form. If I already have a different electronic noticing account, you may deactivate that account and create this DeBN account.

**Joint debtors** who each request enrollment or already have a DeBN account **must file separate forms**.

/s/ Garage Builders of Raleigh, Inc.
Garage Builders of Raleigh, Inc.

Date: 08/22/2023

Printed Name (and title if not the debtor): **Garage Builders of Raleigh, Inc.**

Email Address (type or print clearly): **bob@garagebuildersofraleigh.com**